# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4305

_____

Clifford Allen Kallbah,      *
     *
     Appellant,      *
     *
     *    Appeal from the United States
     v.      *    District Court for the
     *    Western District of Missouri.
Correctional Medical Services;      *
Missouri Department of Corrections;      *    [UNPUBLISHED]
Dr. William McKinney, Farmington      *
Correctional Center; Dr. Gaddy,      *
     *
     Appellees.      *

_____

Submitted: October 24, 2006
Filed: October 26, 2006

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Former Missouri prisoner Clifford Kallbah appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he claimed that Correctional Medical Services physicians were deliberately indifferent to his serious

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

medical needs. Having carefully reviewed the record, we agree with the district court's decision to grant defendants' motion for summary judgment, and conclude that the questions presented do not require further consideration. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

_____